## AFFIDAVIT

I, Jack D. Skipworth, being duly sworn, state as follow:

### I. Introduction

1. I am a Deportation Officer of the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) and have been employed as such since September 20, 2015. Prior to my current assignment, I have served as an Immigration Enforcement Agent with ICE and a United States Border Patrol Agent.

2. My current position as a Deportation Officer involves responsibilities including the apprehension, processing, detention and deportation of illegal aliens in the United States. My daily duties involve gathering and analyzing information relating to the identification, apprehension and prosecution of persons in violation of United States immigration laws. I am currently assigned to the ICE ERO Office in Memphis, Tennessee.

3. Memphis ICE ERO is responsible for the enforcement of immigration laws in the Western District of Tennessee, Northern District of Mississippi, and parts of the Eastern District of Arkansas.

4. During my time with ICE, I have received training in the enforcement of laws pertaining to Title 18, United States Code, §922(g)(5)(a) (Illegal Alien in Possession of a Firearm), and I have previously conducted criminal investigations which led to prosecutions and convictions for this offense.

5. I submit this affidavit based on information obtained through my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

## II. Probable Cause

6. As part of my duties, I am involved in the investigation of CABALLERO-Flores, Lester Armando, aka VALENZUELA-Flores, Lester Josui, a citizen and national of Honduras. This affidavit is based on my own personal knowledge and information I have received from the Pontotoc Police Department in Pontotoc, MS, and other federal and state law enforcement databases.

7. This affidavit is in support of a Criminal Complaint alleging that Lester Armando CABALLERO-Flores aka Lester Josui VALENZUELA-Flores was found to be present in the United States in the Northern District of Mississippi on March 24, 2017, in possession of a firearm in violation of Title 18, United States Code, §922(g)(5)(a) (Illegal alien in possession of a firearm).

8. On March 24, 2017, CABALLERO was arrested for the felony offense of Burglary of a Dwelling by the Pontotoc County Police Department in Pontotoc County, Mississippi. Pontotoc County lies within the jurisdictional boundaries of Northern Judicial District of Mississippi.

9. Upon questioning by the police officer, CABALLERO provided a false ID in the name of Lester Josui VALENZUELA-Flores, and admitted that he had committed the burglary.

10. CABALLERO admitted to the police officer that the .380 semi-automatic handgun recovered from the vehicle CABALLERO was driving had been recently purchased by CABALLERO for his wife.

11. According to ICE databases, on June 28, 2012, CABALLERO was arrested by the U.S. Border Patrol near Laredo, TX. At this time CABALLERO was issued a Warrant of Arrest and a Notice to Appear before an Immigration Judge. CABALLERO, at this time

2

was a juvenile, therefore he was released on an Order of Recognizance. While on his release CABALLERO was to report to Immigration Court, however he did not and he was ordered removed in Absentia by an Immigration Judge on 07/08/2014. Therefore, CABALLERO is currently an ICE fugitive.

12. On March 24, 2017, CABALLERO, a citizen and national of Honduras, was arrested and charged using the name VALENZUELA-Flores, Lester Josui with Burglary-Dwelling, MS Code (97-17-23). During the arrest CABALLERO was found to be in possession of a Firearm, which is in violation of 8 USC 922(g)(5) Illegal Immigrant in Possession of a Firearm. See Title 8, Unites States Code, Section, 1101(a) 43(B).

## CONCLUSION

Based on the foregoing, there is probable cause to believe that on March 24, 2017, Lester Armando CABALLERO-Flores aka Lester Josui VALENZUELA-Flores, an illegal alien with no legal status to be in the United States was found to be present in the Northern District of Mississippi, while in possession of a firearm; in violation of Title 18, United States Code, § 922(g)(5)(a).

AFFIANT:

Jack D. Skipworth
Deportation Officer, ICE

SUBSCRIBED AND SWORN to before me this day of April 5, 2017.

Honorable LeRoy D. Percy
United States Magistrate Judge

3